NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1283

AMERICAN PILEDRIVING EQUIPMENT, INC.,

Plaintiff-Appellant,

v.

GEOQUIP, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 08-CV-0547, Judge Rebecca Beach Smith.

------------------------

## 2010-1314

AMERICAN PILEDRIVING EQUIPMENT, INC.,

Plaintiff-Appellant,

v.

BAY MACHINERY CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court or the Northern District of California in case no. 08-CV-1934, Judge Phyllis J. Hamilton.

ON MOTION

## O R D E R

The parties jointly move to consolidate the above-captioned appeals for briefing and oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted to the extent that the cases will be treated as companion cases and will be argued consecutively before the same merits panel.

(2)    The appellant may file a single combined opening brief, with the captions for both cases on the cover, for both cases. The appellant should calculate its brief due date for the single opening brief from the date of docketing of 2010-1314. The appellee may similarly file a single brief for both cases, and the appellant may file a single reply brief for both cases.

(3)    The appellant may file separate joint appendices for the cases.

(4)    A copy of this order shall be transmitted to the merits panel, to inform the panel of the combined briefing and separate appendices for these cases.

FOR THE COURT

MAY 1 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Craig J. Madson, Esq.
       Peter C. Knops, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 1 2010

JAN HORBALY
CLERK